663 A.2d 638

IN THE MATTER OF JEFFREY P. RUDDY,
AN ATTORNEY AT LAW.

September 13, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on July 11, 1995, recommending that **JEFFREY P. RUD-**

DY of **NEWARK,** who was admitted to the bar of this State in 1967, be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), and RPC 1.8(h) (entering into an impermissible settlement agreement with a client),

And the Disciplinary Review Board further recommending that respondent practice under the supervision of a proctor for a period of six months, and good cause appearing;

It is ORDERED that **JEFFREY P. RUDDY** is hereby reprimanded; and it is further

ORDERED that **JEFFREY P. RUDDY** practice under the supervision of an attorney approved by the Office of Attorney Ethics for a period of six months, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.